CHARLES R. VOSE, Appellant, v. RITA V. MOORE, Also Known as RITA VOSE, Respondent, and ROBERT C. MOORE, Defendant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM KOSLOW, Appellant.— Judgment affirmed. (See *People* v. *Fellerman, ante*, p. 64, handed down herewith.) Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate UNION GUARANTEE AND MORTGAGE COMPANY. In the Matter of the Application of THE TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Respondent, for an Order Directing MACABA CORPORATON to Convey Premises No. 21 West Thirty-fifth Street, Borough of Manhattan, New York City. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of UNION GUARANTEE AND MORTGAGE COMPANY, Appellant.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and deny the motion.

PAULINE SCHWARTZ, Respondent, v. CYD BETTELHEIM, Appellant, Impleaded with Another.— Judgment affirmed, with costs. ' No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

COSMOS TEXTILE CORPORATION, Appellant, v. CARLO BONOMI, Respondent.— Orders and judgment reversed, with costs, and the motion for summary judgment denied, with ten dollars costs. The record discloses that there are triable issues of fact involved in this case. The action should be preferred for the February term if convenient for defendant. No opinion. Settle order on notice. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HOGOPA, Appellant.— Judgment affirmed. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY ELLIS and Others, Appellants.†— Judgment affirmed. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

MARCELLE PETERSON, an Infant, by SYLVESTER PETERSON, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.‡— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.; Martin, J., dissents and votes to reverse and dismiss the complaint.

HELENE MOLTE, Respondent, v. CORN EXCHANGE BANK TRUST COMPANY, Appellant.§— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent and vote to reverse and dismiss the complaint.

---

* Affd., 266 N. Y. 637.     ‡ Revd., 267 N. Y. 204.     § Revd., 267 N. Y. ——.
† Appeal dismissed as to defendant Ellis and affirmed as to other defendants, 266 N. Y. 664.